UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14168-CV-MIDDLEBROOKS

JOSE RENDON LEYVA,

    Plaintiff,

v.

SPACE COAST CREDIT UNION,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal, filed December 2, 2024. (DE 50). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss Defendants. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff Leyva's claims are **DISMISSED WITH PREJUDICE.** The claims of all other putative class members are **DISMISSED WITHOUT PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of December, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC:    Counsel of Record